UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20239-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER ALBERT TAFT GALLAGHER,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Defendant Roger Albert Taft Gallagher's Motion to Suppress. (DE 22). The Motion was referred to Magistrate Judge Edwin G. Torres. (DE 29). Magistrate Judge Torres held an evidentiary hearing on October 22, 2024. And on October 30, 2024, Judge Torres entered a Report and Recommendation ("Report"), recommending that Defendant's Motion to Suppress be granted. (DE 38).

The Defendant has objected to the Report and Recommendation contending that contrary to the Report, the Defendant's statements cannot be used as impeachment. (DE 42). The Government has objected to the Report, arguing that while it is best read as allowing the statement to be used as impeachment, additional clarification is needed. (DE 43).

I have reviewed the Report, the Parties' objections, the record, and the relevant caselaw. While the statements by the officers prior to giving the Miranda warnings may have weakened their prophylactic effect requiring exclusion, the Defendant's statements were not compelled or coerced in any true sense. If the statement by law enforcement had been made after the Miranda warnings had been given and a waiver executed, no violation would have occurred. Under these

facts, while the Government cannot make affirmative use of the Defendant's statements, the Defendant should not be afforded a shield against contradiction of untruthful testimony. *See Harris v. New York,* 401 U.S. 222, 225 (1971) ("The shield provided by Miranda cannot be perverted into a license to use perjury by way of a defense, free from the risk of confrontation with prior inconsistent utterances."). *See also Kansas v. Ventris,* 556 U.S. 586 (2009).

## CONCLUSION

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that

1. The Report and Recommendation (DE 38) is **ADOPTED.** The Defendant's statements are suppressed except for purposes of impeachment.

2. The Defendant's Objections to the Report (DE 42) are **OVERRULED.**

3. The Government's Objections to the Report (DE 43) are **SUSTAINED** solely to the extent of the clarification with respect to impeachment.

**SIGNED** in West Palm Beach, Florida, this 17th day of December, 2024.

Donald M. Middlebrooks
United States District Judge

2